**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (Cal. Bar No. 259178)
6167 Bristol Parkway
Suite 200
Culver City, California 90230
+1 310-997-0471
nick@wajdalawgroup.com

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL LENZINI, <br><br> Plaintiff, <br><br> v. <br><br> SEQUIUM ASSET SOLUTIONS, LLC, <br><br> Defendant. | Case No. 3:19-cv-08272-LB <br><br> **NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that CAROL LENZINI ("Plaintiff") and SEQUIUM ASSET SOLUTIONS, LLC ("Defendant"), hereby notify the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate on filing a dismissal with prejudice within 45 days.

DATED: February 26, 2020                                      Respectfully submitted,

**CAROL LENZINI**

By: */s/ Nicholas M. Wajda*

Nicholas M. Wajda
**WAJDA LAW GROUP, APC**
6167 Bristol Parkway
Suite 200
Culver City, California 90230
+1 310-997-0471
nick@wajdalawgroup.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Nicholas M. Wajda*